UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LESLIE JORDAN,<br><br>    Defendant.<br>_____/ | CR05-0292 MHP<br><br>CR 3-05-70001 BZ<br><br><u>TRAVEL ORDER</u> |

Upon the request of defendant Leslie Jordan, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Leslie Jordan be allowed to travel outside the Northern District of California to Little Rock, Arkansas, between July 3, 2005, and July 13, 2005, for the purpose of visiting his family.

Dated: 26 June 05

_____
~~MARILYN HALL PATEL~~, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331