Case 3:05-cr-00292-MHP   Document 44   Filed 09/16/2005   Page 1 of 1

```
                                                          FILED
                                                       SEP 2 0 2005

                                                    RICHARD W. WIEKING
                                                  CLERK, U.S. DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA
              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION


UNITED STATES OF AMERICA,
                                       CR 05-292 MHP
         Plaintiff,
                                       STIPULATION AND ORDER TO
    v.                                 CONTINUE SENTENCING

LESLIE JORDAN,                         Date:  September 19, 2005
                                       Time:  9:00 a.m.
         Defendant.                    Judge Patel
_____/


    THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing
in the above-entitled matter, presently scheduled for September
19, 2005, shall instead take place on October 17, 2005.
    This continuance is necessary to accommodate the Probation
Officer's completion of the Pre-Sentence Report, which has been
impacted by scheduling difficulties.
    Dated:  September 12, 2005


 /s/ KAREN BEAUSEY                      /S/ RANDOLPH E. DAAR
KAREN BEAUSEY                          RANDOLPH E. DAAR
Assistant U.S. Attorney                Attorney for Defendant


 /S/ LYNN RICHARDS
LYNN RICHARDS
U.S. Probation Officer


    IT IS SO ORDERED.


                                       _____
                                       MARILYN HALL PATEL, Judge
                                       United States District Court
```

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

