UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

LESLIE JORDAN,

      Defendant.
_____/

CR 05-292 MHP

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE PROBATION VIOLATION HEARING

    THE PARTIES HEREBY STIPULATE AND AGREE that the Probation Violation Hearing, presently scheduled for February 13, 2006, shall be continued to March 20, 2006, or to a date convenient to the court and all parties. This continuance is requested so that the retesting of the two positive drug screens can be completed.

    Dated: February 8, 2006

/S/ KAREN BEAUSEY
KAREN BEAUSEY
Assistant U.S. Attorney

/S/ RANDOLPH E. DAAR
RANDOLPH E. DAAR
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: 2/9/06

_____
MARILYN HALL PATEL, Judge
United States District Court