**FILED**

MAR 1 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESLIE JORDAN,

    Defendant.

CR 05-292 MHP

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE PROBATION VIOLATION HEARING

THE PARTIES HEREBY STIPULATE AND AGREE that the Probation Violation Hearing, presently scheduled for March 20, 2006, shall be continued to May 1, 2006, or to a date convenient to the court and all parties. This continuance is requested so that the retesting of the two positive drug screens can be completed.

Dated: March 15, 2006.

_____
KAREN BEAUSEY
Assistant U.S. Attorney

_____
RANDOLPH E. DAAR
Attorney for Defendant

**IT IS SO ORDERED.**

17 March 2006

_____
MARILYN HALL PATEL, Judge
United States District Court