UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LESLIE JORDAN,

        Defendant.

CR 05-292 MHP

~~PROPOSED~~ ORDER

For good cause appearing,

IT IS HEREBY ORDERED that the DEA shall immediately take title to the Honda vehicle seized pursuant to a plea agreement in the above-entitled case, License No. 5LRN099.

IT IS ALSO ORDERED that the DEA shall pay any and all tickets or registration costs that have been incurred since they took possession of this vehicle.

Dated: 5/1/06

HONORABLE MARILYN H. PATEL
JUDGE OF THE U.S. DISTRICT COURT

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331