1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION

9

10  UNITED STATES OF AMERICA,

11          Plaintiff,                CR 05-292 MHP

12      v.                            ~~PROPOSED~~ ORDER

13  LESLIE JORDAN,

14          Defendant.
    _____/

15

16      For good cause appearing,        immediately

17      IT IS HEREBY ORDERED that the DEA shall return all

18  noncontraband property seized during the arrest and execution of

19  the search warrant on December 30, 2004.

20

21

22      Dated:

23   5/1/06

24                          _____
                            HONORABLE MARILYN H. PATEL
25                          JUDGE OF THE U.S. DISTRICT COURT

26

27

28

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331